FILED

03/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0019

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0019

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SACRAMENTO JUAN DOMINGUEZ, JR.,

      Defendant and Appellant.

## ORDER

Upon consideration of the State's Unopposed Motion to Supplement the Record on Appeal, submitted by the Appellee, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted: the record on appeal shall be supplemented by State's Exhibits C-1, C-2, C-3, and D, and Mr. Domiguez's Exhibit 1, all of which were admitted at Mr. Dominguez's trial in the district court.

IT IS FURTHER ORDERED that the Clerk of Court shall serve all parties of record and the Clerk of District Court, Valley County, with this Order.

IT IS FURTHER ORDERED that the Appellant, Mr. Dominguez, shall have until March 4, 2024, to file an amended opening brief in this case. The Appellee, State of Montana, shall have until April 3, 2024, to file its response brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 1 2024